**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Andrew Boccio*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*andrew.boccio@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2781*

September 4, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Ayensu v. Benzel,* No. 26-11318 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 2:45 p.m. on September 2, 2026.[1] We therefore respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Andrew Boccio*
ANDREW BOCCIO

[1] Respondents have released Petitioner in accordance with this Court's Order because Petitioner has no criminal history and no final order of removal. *See* ECF No. 2. However, to preserve the issue for appeal, Respondents respectfully assert that Petitioner was lawfully detained pursuant to 8 U.S.C. § 1225(b) as an "arriving alien" because she was apprehended at a port of entry, rather than the interior of the county. *Cf. Buele Morocho v. Warden Philadelphia FDC,* ---F.4th----, 2026 WL 2546223, at *5 (3d Cir. Aug. 28, 2026) ("§ 1225(b) governs noncitizens arriving to the United States whereas § 1226 governs those already within our borders").

Assistant United States Attorney
Deputy Chief, Civil Division

cc: Counsel of record (via ECF)

The Clerk's Office is directed to close this case.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/19/2026